DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VERNON B. PARSONS, III,

Appellant,

v.

MARIFE JOYNO CHANGCO,

Appellee.

No. 2D23-934
_____

February 23, 2024

Appeal from the Circuit Court for DeSoto County; Don Thomas Hall,
Judge.

Vernon B. Parsons, III, pro se.

Marife Joyno Changco, pro se.

PER CURIAM.

 This appeal is treated as a petition for writ of certiorari and is
dismissed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.